UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*\*

| | |
|---|---|
| EDWARD E. MARTINEZ, an individual, | CASE No. 3:08-cv-00477-LRH-RAM |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND ORDER** |
| vs. | |
| CNH AMERICA, LLC, a Delaware Limited Liability Company, and DOES I-X inclusive, | |
| Defendants. | |

Plaintiff Edward Martinez and defendant CNH America, LLC, by and through their respective counsel, stipulate and agree that the reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Doc. #55), which is presently due on March 15, 2010, may be extended to March 22, 2010. This is defendant's first request for an extension to file its reply to plaintiff's opposition to defendant's motion for summary judgment.

The extension is sought, in part, because defendant did not receive plaintiff's opposition for several days after it was believed to have been filed and electronically served due to an error

///

///

LEMONS, GRUNDY & EISENBERG
6005 Plumas Street
Third Floor
Reno, Nevada 89519
(775) 786-6868
Fax (775) 786-9716

in the electronic filing.  (*Compare* Doc. #53 and #55.)  This extension is not sought for the purpose of delay or any other improper purpose.

DATED:  March 11, 2010

LAW OFFICES OF STEVEN F. BUS

By: /s/ *Steven F. Bus*
Steven F. Bus, Bar No. 3041

Attorneys for Plaintiff
EDWARD E. MARTINEZ

DATED:  March 11, 2010

LEMONS, GRUNDY & EISENBERG

By: /s/ *Alice Campos Mercado*
Alice Campos Mercado, Bar No. 4555

Attorneys for Defendant
CNH AMERICA, LLC

**O R D E R**

IT IS SO ORDERED.

DATED this 12th day of March, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE