1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| EDWARD E. MARTINEZ, an individual, | Case No.   3:08-CV-00477-LRH-RAM |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY AND FOR PLAINTIFF TO FILE HIS REPLY TO DEFENDANT'S OPPOSITION TO HIS MOTION FOR SUMMARY JUDGMENT** AND ORDER *(Plaintiff's First Request)* |
| CNH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1-X inclusive, | |
| Defendants. | |

Plaintiff, Edward E. Martinez, and Defendant, CHN America, LLC, by and through their respective Counsel, stipulate and agree that the Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Doc. #55), which was due on March 15, 2010, and previously extended to March 22, 2010, may be extended to March 24, 2010 and that Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment due on March 22, 2010 be extended to March 24, 2010. This is Plaintiff's first request for an extension to file his Reply to Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment (Doc# 37).

The extension is sought by Plaintiff. Plaintiff's Counsel has been involved in other legal proceedings which have exceeded the scheduled dates. Given the extension sought by Plaintiff, the parties have agreed to extend the date Defendant is required to reply also to March 24, 2010 so that both

Replies are submitted to the Court simultaneously. This extension is not sought for the purpose of delay or any other improper purpose.

DATED: March 22, 1010

By: /s/Steven F. Bus
STEVEN F. BUS, ESQ., Bar No. 3041
Law Offices of Steven F. Bus, Ltd.
611 Sierra Rose Drive
Reno, NV 89511
Attorney for Plaintiff
EDWARD E. MARTINEZ

DATED: March 22, 2010

By: /s/Alice Compos Mercado
ALICE COMPOS MERCADO, Bar No. 4555
Lemons, Grundy & Eisenberg
6005 Plumas Street, Ste 300
Reno, NV 89509
Attorneys for Defendant
CNH AMERICA, LLC

**ORDER**

IT IS SO ORDERED.

DATED: March 23, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2