**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| EDWARD E. MARTINEZ, | ) | 3:08-CV-477-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 14, 2010 |
| | ) | |
| CNH AMERICA, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Nevada Transportation Network, Self Insured Group has filed a Motion to Withdraw Motion to Intervene as a Plaintiff (Doc. #74).

Nevada Transportation Network, Self Insured Group's Motion to Withdraw Motion to Intervene as a Plaintiff (Doc. #74) is **GRANTED**. The Motion to Intervene as a Plaintiff (Doc. #71) is **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
        Deputy Clerk